# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 19-03534
**Case Name:** MID-STAR DEMOLITION, LLC

**For Period Ending:** 03/31/2022

**Trustee Name:** (620540) Erica R. Johnson, Trustee
**Date Filed (f) or Converted (c):** 06/03/2019 (f)
**§ 341(a) Meeting Date:** 07/01/2019
**Claims Bar Date:** 09/30/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BUSINESS ACCOUNT WITH FIRST FREEDOM BANK | 10.00 | 0.00 | | 0.00 | FA |
| 2 | BUSINESS ACCOUNT WITH FIRST TENNESSEE | 24.00 | 0.00 | | 0.00 | FA |
| 3 | 2012 BOBCAT T-190 SKIDSTEER. | 18,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2012 E-80 EXCAVATOR. | 47,900.00 | 0.00 | | 0.00 | FA |
| 5 | 2018 GATOR GOOSENECK TRAILER. | 24,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2015 ISUZU BOX TRUCK 115K. | 33,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2018 CAT529 SKIDSTEER.<br><br>08/27/19 - Agreed Order Granting Motion for Relief from Automatic Stay entered (DE 16). Asset ordered abandoned. | 45,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2017 GATOR 20FT BOBCAT TRAILER LEASE. | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2017 IRONDOG DUMP TRAILER MODEL 7/14 LEASE. | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2018 CAT313 EXCAVATOR.<br><br>08/27/19 - Agreed Order Granting Motion for Relief from Automatic Stay entered (DE 16). Asset ordered abandoned. | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | Possible Claims re Preferential and/or Fraudulent Transfers (u)<br><br>08/21/19 - Subpoenas issued to First Tennessee Bank, N.A. and First Freedom Bank requesting 2 years of bank statements.<br><br>09/19/19 – Received bank statements from First Tennessee Bank, N.A. in response to subpoena issued 08.21.19.<br><br>04/29/20 - Status Update for Annual Reports for Period Ended March 31, 2020: Trustee is still attempting to get statements from First Freedom Bank. Upon receipt of the statements, Trustee to perform an extensive review of the Debtor's bank records and analyze and determine whether or not she has viable claims and if attempting to liquidate such claims would be beneficial to the bankruptcy estate. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>04/30/21 - Status Update for Annual Reports for Period Ended March 31, 2021: The Trustee has finalized her investigation and anticipates filing adversary proceedings by the end of May 2021. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>On May 20, 2021, the Trustee filed a lawsuit against 7 creditors/parties to avoid fraudulent transfers and recover the same on behalf of the bankruptcy estate. The disposition of this lawsuit can be found under Asset No. 12. Asset fully administered | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 2

Case No.: 19-03534
Case Name: MID-STAR DEMOLITION, LLC

For Period Ending: 03/31/2022

Trustee Name: (620540) Erica R. Johnson, Trustee
Date Filed (f) or Converted (c): 06/03/2019 (f)
§ 341(a) Meeting Date: 07/01/2019
Claims Bar Date: 09/30/2021

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Johnson v. American Express National Bank et al; 3:21-ap-90078 (u)<br><br>Fraudulent Transfer Complaint filed against 7 Defendants on 05.20.21:<br>1. American Express National Bank in the amount of $36,385.06. Settled for $19,950.00 per Order Approving Compromise and Settlement of Complaint entered 09.08.21 (DE 32). Funds received 09.29.21. FA.<br><br>2. Capital One Bank (USA), National Association in the amount of $39,479.21. Settled for $31,500.00 per Order Approving Compromise & Settlement of Complaint entered 12.06.21 (DE 40). Funds received 12.27.21. FA.<br><br>3. Citibank, National Association in the amount of $87,271.09. Settled for $15k per Order Approving Compromise & Settlement of Complaint Against Citibank, NA...entered 10.29.21 (DE 36). Funds received 11.05.21. FA.<br><br>4. Credit One Bank, National Association in the amount of $17,097.57. Settled for $3,806.16 per Order Approving Compromise and Settlement of Complaint entered 09.08.21 (DE 32). Funds received 09.23.21. FA.<br><br>5. First Premier Bank in the amount of $12,643.68. Settled for $6,500.00 per Order Approving Compromise and Settlement of Complaint entered 09.08.21 (DE 32). Funds received 09.02.21. FA.<br><br>6. JPMorgan Chase Bank, National Association in the amount of $69,029.63. Settled for $17,500.00 per Order Approving Compromise & Settlement of Complaint Against...JPMorgan Chase Bank, National Association entered 10.29.21 (DE 36). Funds received 11.15.21. FA.<br><br>7. Santander Consumer USA Inc. in the amount of $14,652.74. Dismissed per Stipulation of Dismissal filed 09.24.21 (DE 16 in Case 3:21-ap-90078). FA.<br><br>Asset fully administered. | 0.00 | 94,256.16 | | 94,256.16 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$320,434.00** | **$94,256.16** | | **$94,256.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/29/20 - Status Update for Annual Reports for Period Ended March 31, 2020:
1. Finalize preferential/fraudulent transfer investigation and either pursue such claims or abandon.

04/30/21 - Status Update for Annual Reports for Period Ended March 31, 2021:
1. The Trustee has finalized her investigation and anticipates filing adversary proceedings by the end of May 2021.

04/18/22 - Status Update for Annual Reports for Period Ending March 31, 2022:
1. Accountant prepare and file estate tax returns. (Accountant employed 01.05.22)
2. Applications for compensation for professionals.
3. CLOSE CASE

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | | |
|---|---|---|
| Case No.: 19-03534 | Trustee Name: | Erica R. Johnson, Trustee (620540) |
| Case Name: MID-STAR DEMOLITION, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: **-***1045 | Account #: | ******8705 Checking |
| For Period Ending: 03/31/2022 | Blanket Bond (per case limit): | $720,000.00 |
| | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/02/21 | {12} | Premier Bankcard LLC | Settlement Proceeds per Order Approving Compromise and Settlement of Complaint entered 09.08.21 (DE 32). | 1241-000 | 6,500.00 | | 6,500.00 |
| 09/23/21 | {12} | Credit One Bank | Settlement Proceeds per Order Approving Compromise and Settlement of Complaint entered 09.08.21 (DE 32). | 1241-000 | 3,806.16 | | 10,306.16 |
| 09/29/21 | {12} | American Express Travel Related Services Company, Inc. | Settlement Proceeds per Order Approving Compromise and Settlement of Complaint entered 09.08.21 (DE 32). | 1241-000 | 19,950.00 | | 30,256.16 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.00 | 30,244.16 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.85 | 30,197.31 |
| 11/05/21 | {12} | Citigroup Payment Services | Settlement Proceeds per Order Approving Compromise & Settlement of Complaint Against Citibank, NA...entered 10.29.21 (Doc 36) | 1241-000 | 15,000.00 | | 45,197.31 |
| 11/11/21 | 101 | Clerk, United States Bankruptcy Court | AP Filing Fee for Case 3:21-ap-90078. | 2700-000 | | 350.00 | 44,847.31 |
| 11/15/21 | {12} | JPMorgan Chase & Co. | Settlement Proceeds per Order Approving Compromise & Settlement of Complaint Against...JPMorgan Chase Bank, National Association entered 10.29.21 (Doc 36). | 1241-000 | 17,500.00 | | 62,347.31 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 83.05 | 62,264.26 |
| 12/27/21 | {12} | CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION | Settlement Proceeds per Order Approving Compromise & Settlement of Complaint entered 12.06.21 (DE 40). | 1241-000 | 31,500.00 | | 93,764.26 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 109.85 | 93,654.41 |
| 01/20/22 | 102 | International Sureties, LTD | Chapter 7 Blanket Bond for 01.01.22 to 01.01.23; Bond #016026373 | 2300-000 | | 71.34 | 93,583.07 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 145.09 | 93,437.98 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 139.80 | 93,298.18 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 164.50 | 93,133.68 |
| | | COLUMN TOTALS | | | 94,256.16 | 1,122.48 | $93,133.68 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 94,256.16 | 1,122.48 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $94,256.16 | $1,122.48 | |

{ } Asset Reference(s)  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-03534 | **Trustee Name:** | Erica R. Johnson, Trustee (620540) |
| **Case Name:** | MID-STAR DEMOLITION, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1045 | **Account #:** | ******8705 Checking |
| **For Period Ending:** | 03/31/2022 | **Blanket Bond (per case limit):** | $720,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $94,256.16 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $94,256.16 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8705 Checking | $94,256.16 | $1,122.48 | $93,133.68 |
| | **$94,256.16** | **$1,122.48** | **$93,133.68** |