**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

In re: MID-STAR DEMOLITION, LLC § Case No. 19-03534
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Erica R. Johnson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $320,434.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $67,383.03 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $26,873.13 | | |

3) Total gross receipts of $94,256.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $94,256.16 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $328,174.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $26,873.13 | $26,873.13 | $26,873.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $3,253.86 | $3,253.86 | $3,253.86 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $137,778.00 | $158,701.22 | $158,701.22 | $64,129.17 |
| **TOTAL DISBURSEMENTS** | $465,952.00 | $188,828.21 | $188,828.21 | $94,256.16 |

4) This case was originally filed under chapter 7 on 06/03/2019. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2023      By: /s/ Erica R. Johnson, Trustee
                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Johnson v. American Express National Bank et al; 3:21-ap-90078 | 1241-000 | $94,256.16 |
| **TOTAL GROSS RECEIPTS** | | **$94,256.16** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | CATERPILLAR FINANCAL SERVICES CORP. | 4210-000 | $56,000.00 | NA | NA | NA |
| N/F | CATERPILLAR FINANCAL SERVICES CORP. | 4210-000 | $158,174.00 | NA | NA | NA |
| N/F | FIRST FREEDOM BANK | 4210-000 | $28,000.00 | NA | NA | NA |
| N/F | FIRST FREEDOM BANK | 4210-000 | $15,000.00 | NA | NA | NA |
| N/F | FIRST FREEDOM BANK | 4210-000 | $50,000.00 | NA | NA | NA |
| N/F | FIRST FREEDOM BANK | 4210-000 | $21,000.00 | NA | NA | NA |
| N/F | YES LEASING | 4210-000 | $0.00 | NA | NA | NA |
| N/F | YES LEASING | 4210-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$328,174.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Erica R. Johnson, Trustee | 2100-000 | NA | $7,962.81 | $7,962.81 | $7,962.81 |
| Trustee, Expenses - Erica R. Johnson, Trustee | 2200-000 | NA | $42.43 | $42.43 | $42.43 |
| Attorney for Trustee Fees - ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC | 3110-000 | NA | $9,190.00 | $9,190.00 | $9,190.00 |
| Attorney for Trustee, Expenses - ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC | 3120-000 | NA | $227.89 | $227.89 | $227.89 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - BOND | 2300-000 | NA | $71.34 | $71.34 | $71.34 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $845.43 | $845.43 | $845.43 |
| Other State or Local Taxes (post-petition) - Tennessee Department of Revenue | 2820-000 | NA | $2,482.00 | $2,482.00 | $2,482.00 |
| Accountant for Trustee Fees (Other Firm) - Wesler & Associates CPA PC | 3410-000 | NA | $5,328.75 | $5,328.75 | $5,328.75 |
| Accountant for Trustee Expenses (Other Firm) - Wesler & Associates CPA PC | 3420-000 | NA | $372.48 | $372.48 | $372.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $26,873.13 | $26,873.13 | $26,873.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Tennessee Department of Revenue | 5800-000 | NA | $1,595.74 | $1,595.74 | $1,595.74 |
| 4 | TN Dept of Labor - Bureau of Unemployment Insurance | 5800-000 | NA | $268.91 | $268.91 | $268.91 |
| 5 | TN Dept of Labor - Bureau of Unemployment Insurance | 5800-000 | NA | $1,389.21 | $1,389.21 | $1,389.21 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$3,253.86** | **$3,253.86** | **$3,253.86** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Tennessee Department of Revenue | 7100-000 | NA | $152.99 | $152.99 | $80.92 |
| 2 | Harris Ventures, Inc. | 7100-000 | $17,316.00 | $6,005.96 | $6,005.96 | $3,176.52 |
| 3 | Smyrna Ready Mix Concrete, LLC | 7100-000 | $12,553.00 | $17,845.13 | $17,845.13 | $9,438.20 |
| 6 | Caterpillar Financial Services Corporation | 7100-000 | NA | $97,247.14 | $97,247.14 | $51,433.53 |
| 7 | American Express National Bank | 7400-000 | NA | $19,950.00 | $19,950.00 | $0.00 |
| 8 | JPMorgan Chase Bank, National Association | 7400-000 | NA | $17,500.00 | $17,500.00 | $0.00 |
| N/F | CAT CREDIT | 7100-000 | $3,122.00 | NA | NA | NA |
| N/F | J&J SERVICES | 7100-000 | $17,343.00 | NA | NA | NA |
| N/F | LABOR SMART/PPSR LLC | 7100-000 | $24,565.00 | NA | NA | NA |
| N/F | NATIONAL PENS | 7100-000 | $386.00 | NA | NA | NA |
| N/F | REGUS HIGHLAND RIDGE | 7100-000 | $4,382.00 | NA | NA | NA |
| N/F | SPRINT WIRELESS | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | SUNBELT RENTALS | 7100-000 | $48,111.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$137,778.00** | **$158,701.22** | **$158,701.22** | **$64,129.17** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 19-03534
Case Name: MID-STAR DEMOLITION, LLC

For Period Ending: 01/03/2023

Trustee Name: (620540) Erica R. Johnson
Date Filed (f) or Converted (c): 06/03/2019 (f)
§ 341(a) Meeting Date: 07/01/2019
Claims Bar Date: 09/30/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BUSINESS ACCOUNT WITH FIRST FREEDOM BANK | 10.00 | 0.00 | | 0.00 | FA |
| 2 | BUSINESS ACCOUNT WITH FIRST TENNESSEE | 24.00 | 0.00 | | 0.00 | FA |
| 3 | 2012 BOBCAT T-190 SKIDSTEER. | 18,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2012 E-80 EXCAVATOR. | 47,900.00 | 0.00 | | 0.00 | FA |
| 5 | 2018 GATOR GOOSENECK TRAILER. | 24,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2015 ISUZU BOX TRUCK 115K. | 33,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2018 CAT529 SKIDSTEER.<br><br>08/27/19 - Agreed Order Granting Motion for Relief from Automatic Stay entered (DE 16). Asset ordered abandoned. | 45,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2017 GATOR 20FT BOBCAT TRAILER LEASE. | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2017 IRONDOG DUMP TRAILER MODEL 7/14 LEASE. | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2018 CAT313 EXCAVATOR.<br><br>08/27/19 - Agreed Order Granting Motion for Relief from Automatic Stay entered (DE 16). Asset ordered abandoned. | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | Possible Claims re Preferential and/or Fraudulent Transfers (u)<br><br>08/21/19 - Subpoenas issued to First Tennessee Bank, N.A. and First Freedom Bank requesting 2 years of bank statements.<br><br>09/19/19 – Received bank statements from First Tennessee Bank, N.A. in response to subpoena issued 08.21.19.<br><br>04/29/20 - Status Update for Annual Reports for Period Ended March 31, 2020: Trustee is still attempting to get statements from First Freedom Bank. Upon receipt of the statements, Trustee to perform an extensive review of the Debtor's bank records and analyze and determine whether or not she has viable claims and if attempting to liquidate such claims would be beneficial to the bankruptcy estate. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>04/30/21 - Status Update for Annual Reports for Period Ended March 31, 2021: The Trustee has finalized her investigation and anticipates filing adversary proceedings by the end of May 2021. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>On May 20, 2021, the Trustee filed a lawsuit against 7 creditors/parties to avoid fraudulent transfers and recover the same on behalf of the bankruptcy estate. The disposition of this lawsuit can be found under Asset No. 12. Asset fully administered | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8
Page: 2

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Case No.: 19-03534  
Case Name: MID-STAR DEMOLITION, LLC  
For Period Ending: 01/03/2023

Trustee Name: (620540) Erica R. Johnson  
Date Filed (f) or Converted (c): 06/03/2019 (f)  
§ 341(a) Meeting Date: 07/01/2019  
Claims Bar Date: 09/30/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Johnson v. American Express National Bank et al; 3:21-ap-90078 (u)<br><br>Fraudulent Transfer Complaint filed against 7 Defendants on 05.20.21:<br>1. American Express National Bank in the amount of $36,385.06. Settled for $19,950.00 per Order Approving Compromise and Settlement of Complaint entered 09.08.21 (DE 32). Funds received 09.29.21. FA.<br><br>2. Capital One Bank (USA), National Association in the amount of $39,479.21. Settled for $31,500.00 per Order Approving Compromise & Settlement of Complaint entered 12.06.21 (DE 40). Funds received 12.27.21. FA.<br><br>3. Citibank, National Association in the amount of $87,271.09. Settled for $15k per Order Approving Compromise & Settlement of Complaint Against Citibank, NA...entered 10.29.21 (DE 36). Funds received 11.05.21. FA.<br><br>4. Credit One Bank, National Association in the amount of $17,097.57. Settled for $3,806.16 per Order Approving Compromise and Settlement of Complaint entered 09.08.21 (DE 32). Funds received 09.23.21. FA.<br><br>5. First Premier Bank in the amount of $12,643.68. Settled for $6,500.00 per Order Approving Compromise and Settlement of Complaint entered 09.08.21 (DE 32). Funds received 09.02.21. FA.<br><br>6. JPMorgan Chase Bank, National Association in the amount of $69,029.63. Settled for $17,500.00 per Order Approving Compromise & Settlement of Complaint Against...JPMorgan Chase Bank, National Association entered 10.29.21 (DE 36). Funds received 11.15.21. FA.<br><br>7. Santander Consumer USA Inc. in the amount of $14,652.74. Dismissed per Stipulation of Dismissal filed 09.24.21 (DE 16 in Case 3:21-ap-90078). FA.<br><br>Asset fully administered. | 0.00 | 94,256.16 | | 94,256.16 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$320,434.00** | **$94,256.16** | | **$94,256.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/29/20 - Status Update for Annual Reports for Period Ended March 31, 2020:
1. Finalize preferential/fraudulent transfer investigation and either pursue such claims or abandon.

04/30/21 - Status Update for Annual Reports for Period Ended March 31, 2021:
1. The Trustee has finalized her investigation and anticipates filing adversary proceedings by the end of May 2021.

04/18/22 - Status Update for Annual Reports for Period Ending March 31, 2022:
1. Accountant prepare and file estate tax returns. (Accountant employed 01.05.22)
2. Applications for compensation for professionals.
3. CLOSE CASE

Initial Projected Date Of Final Report (TFR): 09/01/2021   Current Projected Date Of Final Report (TFR): 09/30/2022 (Actual)

Case 3:19-bk-03534   Doc 63   Filed 01/09/23   Entered 01/09/23 11:19:28   Desc Main
Document   Page 9 of 13

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |
|---|---|
| Case No.: | 19-03534 |
| Case Name: | MID-STAR DEMOLITION, LLC |
| Taxpayer ID #: | **-***1045 |
| For Period Ending: | 01/03/2023 |

| | |
|---|---|
| Trustee Name: | Erica R. Johnson (620540) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******8705 Checking |
| Blanket Bond (per case limit): | $720,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/02/21 | {12} | Premier Bankcard LLC | Settlement Proceeds per Order Approving Compromise and Settlement of Complaint entered 09.08.21 (DE 32). | 1241-000 | 6,500.00 | | 6,500.00 |
| 09/23/21 | {12} | Credit One Bank | Settlement Proceeds per Order Approving Compromise and Settlement of Complaint entered 09.08.21 (DE 32). | 1241-000 | 3,806.16 | | 10,306.16 |
| 09/29/21 | {12} | American Express Travel Related Services Company, Inc. | Settlement Proceeds per Order Approving Compromise and Settlement of Complaint entered 09.08.21 (DE 32). | 1241-000 | 19,950.00 | | 30,256.16 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.00 | 30,244.16 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.85 | 30,197.31 |
| 11/05/21 | {12} | Citigroup Payment Services | Settlement Proceeds per Order Approving Compromise & Settlement of Complaint Against Citibank, NA...entered 10.29.21 (Doc 36) | 1241-000 | 15,000.00 | | 45,197.31 |
| 11/11/21 | 101 | Clerk, United States Bankruptcy Court | AP Filing Fee for Case 3:21-ap-90078. | 2700-000 | | 350.00 | 44,847.31 |
| 11/15/21 | {12} | JPMorgan Chase & Co. | Settlement Proceeds per Order Approving Compromise & Settlement of Complaint Against...JPMorgan Chase Bank, National Association entered 10.29.21 (Doc 36). | 1241-000 | 17,500.00 | | 62,347.31 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 83.05 | 62,264.26 |
| 12/27/21 | {12} | CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION | Settlement Proceeds per Order Approving Compromise & Settlement of Complaint entered 12.06.21 (DE 40). | 1241-000 | 31,500.00 | | 93,764.26 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 109.85 | 93,654.41 |
| 01/20/22 | 102 | International Sureties, LTD | Chapter 7 Blanket Bond for 01.01.22 to 01.01.23; Bond #016026373 | 2300-000 | | 71.34 | 93,583.07 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 145.09 | 93,437.98 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 139.80 | 93,298.18 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 164.50 | 93,133.68 |
| 04/26/22 | 103 | Tennessee Department of Revenue | FAE 170 for period ending 12.31.19; Account Number ******0763 | 2820-000 | | 2,482.00 | 90,651.68 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 144.29 | 90,507.39 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 141.81 | 90,365.58 |
| 06/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -141.81 | 90,507.39 |
| 09/22/22 | 104 | Wesler & Associates CPA PC | Accountant Fees/Expenses per Order Awarding Compensation and Reimbursement of Expenses entered 09.07.22 (DE 52). | | | 5,701.23 | 84,806.16 |

Page Subtotals: $94,256.16 $9,450.00

{ } Asset Reference(s) UST Form 101-7-TDR ( 10 /1/2010) ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 19-03534 | Trustee Name: | Erica R. Johnson (620540) |
|---|---|---|---|
| Case Name: | MID-STAR DEMOLITION, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1045 | Account #: | ******8705 Checking |
| For Period Ending: | 01/03/2023 | Blanket Bond (per case limit): | $720,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Wesler & Associates CPA PC | Accountant Fees. $5,328.75 | 3410-000 | | | |
| | | Wesler & Associates CPA PC | Accountant Expenses. $372.48 | 3420-000 | | | |
| 09/22/22 | 105 | ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC | Attorney Fees/Expenses per Order Awarding Compensation entered 09.07.22 (DE 53). | | | 9,417.89 | 75,388.27 |
| | | ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC | Attorney Fees. $9,190.00 | 3110-000 | | | |
| | | ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC | Attorney Expenses. $227.89 | 3120-000 | | | |
| 11/28/22 | 106 | Erica R. Johnson, Trustee | Trustee Compensation/Expenses per Chapter 7 Trustee's Final Report ("TFR") filed 10.04.22 (DE 56); Summary of TFR filed 10.04.22 (DE 57); Notice of Summary of TFR filed 10.05.22 (DE 59); & Order Awarding Trustee Compensation and Expenses entered 11.09.22 (DE 63). | | | 8,005.24 | 67,383.03 |
| | | Erica R. Johnson, Trustee | Trustee Compensation. $7,962.81 | 2100-000 | | | |
| | | Erica R. Johnson, Trustee | Trustee Expenses. $42.43 | 2200-000 | | | |
| 11/28/22 | 107 | Tennessee Department of Revenue | Distribution payment - Dividend paid at 100.00% of $1,595.74; Claim # 1P; Filed: $1,595.74 per Chapter 7 Trustee's Final Report ("TFR") filed 10.04.22 (DE 56); Summary of TFR filed 10.04.22 (DE 57); & Notice of Summary of TFR filed 10.05.22 (DE 59). | 5800-000 | | 1,595.74 | 65,787.29 |
| 11/28/22 | 108 | TN Dept of Labor -Bureau of Unemployment Insurance | Distribution payment - Dividend paid at 100.00% of $268.91; Claim # 4; Filed: $268.91 per Chapter 7 Trustee's Final Report ("TFR") filed 10.04.22 (DE 56); Summary of TFR filed 10.04.22 (DE 57); & Notice of Summary of TFR filed 10.05.22 (DE 59). | 5800-000 | | 268.91 | 65,518.38 |
| 11/28/22 | 109 | TN Dept of Labor -Bureau of Unemployment Insurance | Distribution payment - Dividend paid at 100.00% of $1,389.21; Claim # 5; Filed: $1,389.21 per Chapter 7 Trustee's Final Report ("TFR") filed 10.04.22 (DE 56); Summary of TFR filed 10.04.22 (DE 57); & Notice of Summary of TFR filed 10.05.22 (DE 59). | 5800-000 | | 1,389.21 | 64,129.17 |
| 11/28/22 | 110 | Tennessee Department of Revenue | Distribution payment - Dividend paid at 52.89% of $152.99; Claim # 1U; Filed: $152.99 per Chapter 7 Trustee's Final Report ("TFR") filed 10.04.22 (DE 56); Summary of TFR filed 10.04.22 (DE 57); & Notice of Summary of TFR filed 10.05.22 (DE 59). | 7100-000 | | 80.92 | 64,048.25 |

Page Subtotals: $0.00 $20,757.91

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** 19-03534 | **Trustee Name:** | Erica R. Johnson (620540) |
| **Case Name:** MID-STAR DEMOLITION, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***1045 | **Account #:** | ******8705 Checking |
| **For Period Ending:** 01/03/2023 | **Blanket Bond (per case limit):** | $720,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/28/22 | 111 | Harris Ventures, Inc. | Distribution payment - Dividend paid at 52.89% of $6,005.96; Claim # 2; Filed: $6,005.96 per Chapter 7 Trustee's Final Report ("TFR") filed 10.04.22 (DE 56); Summary of TFR filed 10.04.22 (DE 57); & Notice of Summary of TFR filed 10.05.22 (DE 59). | 7100-000 | | 3,176.52 | 60,871.73 |
| 11/28/22 | 112 | Smyrna Ready Mix Concrete, LLC | Distribution payment - Dividend paid at 52.89% of $17,845.13; Claim # 3; Filed: $17,845.13 per Chapter 7 Trustee's Final Report ("TFR") filed 10.04.22 (DE 56); Summary of TFR filed 10.04.22 (DE 57); & Notice of Summary of TFR filed 10.05.22 (DE 59). | 7100-000 | | 9,438.20 | 51,433.53 |
| 11/28/22 | 113 | Caterpillar Financial Services Corporation | Distribution payment - Dividend paid at 52.89% of $97,247.14; Claim # 6; Filed: $97,247.14 per Chapter 7 Trustee's Final Report ("TFR") filed 10.04.22 (DE 56); Summary of TFR filed 10.04.22 (DE 57); & Notice of Summary of TFR filed 10.05.22 (DE 59). | 7100-000 | | 51,433.53 | 0.00 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 94,256.16 | 94,256.16 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 94,256.16 | 94,256.16 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $94,256.16 | $94,256.16 | |

Exhibit 9
Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 19-03534 | | **Trustee Name:** | Erica R. Johnson (620540) |
| **Case Name:** | MID-STAR DEMOLITION, LLC | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1045 | | **Account #:** | ******8705 Checking |
| **For Period Ending:** | 01/03/2023 | | **Blanket Bond (per case limit):** | $720,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8705 Checking | $94,256.16 | $94,256.16 | $0.00 |
| | **$94,256.16** | **$94,256.16** | **$0.00** |